

15

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Arelious Reed

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Correct Care Solutions

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:20-cv-11523
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 06-5-2020 At 12:52 PM
CMP ARELIOUS REED V CORRECT CARE SOLUTIONS (SS)

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

**Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Arelious Reed
  Street Address: 1515 Fort Street Unit #96
  City and County: Lincoln Park, Wayne
  State and Zip Code: Michigan 48146
  Telephone Number: 734-672-4305
  E-mail Address: reedarel@gmail.com

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: Correct Care Solutions
  Job or Title (if known):
  Street Address: 1283 Murfreesboro Road Suite #500
  City and County: Nashville, Davidson
  State and Zip Code: Tennessee 37217
  Telephone Number:
  E-mail Address (if known):

  Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

    Name     _____

    Job or Title     _____
    (if known)

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address     _____
    (if known)

Defendant No. 4

    Name     _____

    Job or Title     _____
    (if known)

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

    E-mail Address     _____
    (if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    [X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Discrimination Under Title II of the American with Disabilities Act, 42 U.S.C. Sec. 1213, 42 U.S.C. Sec. 12102, 42 U.S.C. Sec. 12132, 29 U.S.C. Sec. 794, 42 U.S.C. Sec. 2000d.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* __Arelious Reed__,
        is a citizen of the State of *(name)* __Michigan__.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* __Correct Care Solutions__ is incorporated
        under the laws of the State of *(name)* __Michigan__, and
        has its principal place of business in the State of *(name)*
        __Tennessee__. Or is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**IV.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**V.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-5 , 20 20 .

Signature of Plaintiff       *Arelious Reed*
Printed Name of Plaintiff    Arelious Reed

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

ARELIOUS REED,

        Plaintiff,                      CASE NO.

V.                                        JUDGE:

                                            MJ:

CORRECT CARE SOLUTIONS,

        Defendant.

_____ /

*/s/ Arelious Reed*

**CAUSE OF ACTION:** DISCRIMINATION UNDER TITLE II OF THE AMERICAN WITH DISABILITIES ACT: CIVIL MONETARY PENALTIES INFLATION ADJUSTMENT UNDER TITLE III OF THE AMERICAN WITH DISABILITIES ACT OF 1990 (ADA): AMERICAN WITH DISABILITIES AND THE REHABILITATION ACT (PRISONERS): UNDER THE 14TH AMENDMENT UNDER SECTION 1, CIVIL RIGHTS AND EQUAL PROTECTION: 42 U.S.C. SECTION 1213: 42 U.S.C. SECTION 12102; DEFINITION OF DISABILITY: 42 U.S.C. SECTION 12132; DISCRIMINATION: 29 U.S.C. SECTION 794 NONDISCRIMINATION UNDER FEDERAL GRANTS AND PROGRAMS: TITLE VI OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. SECTION 2000D; PROHIBITION AGAINST EXCLUSION FROM PARTICIPATION IN DENIAL OF AND DISCRIMINATION UNDER FEDERALLY ASSISTED PROGRAMS ON GROUND OF RACE, COLOR, OR NATIONAL ORIGIN:  PLAINTIFF DEMANDS A TRIAL BY JURY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE UNDER TITLE VI TRIALS RULE 38.

## **VERIFIED COMPLAINT**

1. Plaintiff ARELIOUS REED, is an individual, and does business with the resident at 1515 Fort Street Unit #96, MI 48146 resides in the County of Wayne Michigan.

2. The Defendant CORRECT CARE SOLUTIONS, is a Corporation residing at 1283 Murfreesboro Road Suite #500, Nashville, TN 37217 and which does business in the City of Detroit, MI and/or the City of Hamtramck, MI and throughout the State of Michigan and/or The United States of America.

On or about May 04, 2017 approximately 4:27 p.m. Plaintiff Arelious Reed, was book in the Wayne County Jail housing facility location and hold at the William Dickerson Detention Facility in the City of Hamtramck, MI  inmate booking number # 201700009265 on or about February 4, 2015, plaintiff was injured in a car wreck on his job work related accident  and was receiving professional treatment with his Michigan license medical physicians, however as the Plaintiff Arelious Reed, arrive at the Wayne County Jail housing facility plaintiff was seen by a nurse that was employed by the Defendant Correct Care Solutions and the plaintiff explain his situation to the nurse about what had happened and all the medication he was currently taking the Defendant Correct Care Solutions employee's the nurse's has refuse to treat plaintiff with any type of medications (discrimination on ADA) which lead the plaintiff to suffer major medications withdrawals for his three (3) months time period. Although, later the plaintiff

charges were dropped and Plaintiff Arelious Reed was released on August 8, 2017, all exhibit(s) will be presented to the Court upon further discovery process. Furthermore, under Civil Monetary Penalties Inflation Adjustment Under Title III of the American with Disabilities Act of 1990 (ADA), allows the plaintiff to sue for the maximum amount of $150,000.00.

**Wherefore:**

For the reasons set forth above, Plaintiff ARELIOUS REED, is seeking request relief sought against the Defendant CORRECT CARE SOLUTIONS, under **DISCRIMINATION UNDER TITLE II OF THE AMERICAN WITH DISABILITIES ACT: CIVIL MONETARY PENALTIES INFLATION ADJUSTMENT UNDER TITLE III OF THE AMERICAN WITH DISABILITIES ACT OF 1990 (ADA): AMERICAN WITH DISABILITIES AND THE REHABILITATION ACT (PRISONERS): UNDER THE 14TH AMENDMENT UNDER SECTION 1, CIVIL RIGHTS AND EQUAL PROTECTION: 42 U.S.C. SECTION 1213: 42 U.S.C. SECTION 12102; DEFINITION OF DISABILITY: 42 U.S.C. SECTION 12132; DISCRIMINATION: 29 U.S.C. SECTION 794 NONDISCRIMINATION UNDER FEDERAL GRANTS AND PROGRAMS: TITLE VI OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. SECTION 2000D; PROHIBITION AGAINST EXCLUSION FROM PARTICIPATION IN DENIAL OF AND DISCRIMINATION UNDER FEDERALLY ASSISTED PROGRAMS**

**ON GROUND OF RACE, COLOR, OR NATIONAL ORIGIN:  PLAINTIFF DEMANDS A TRIAL BY JURY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE UNDER TITLE VI TRIALS RULE 38** In the amount of $150,000.00 nevertheless, Plaintiff ARELIOUS REED, demands a trial by Jury pursuant to Federal Rules of Civil Procedure under Title VI Trials Rule 38.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Arelious Reed

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
Correct Care Solutions

County of Residence of First Listed Defendant: Davidson

Case: 2:20-cv-11523
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 06-5-2020 At 12:52 PM
CMP ARELIOUS REED V CORRECT CARE SOLUTIONS (SS)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: [X] PTF 1
Incorporated and Principal Place of Business In Another State: [X] DEF 5

## IV. NATURE OF SUIT
[X] 446 Amer. w/Disabilities - Other

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. Sec. 1213, 42 U.S.C. Sec. 12132, 29 U.S.C. Sec. 794
Brief description of cause: Discrimination Under Title II of the American with Disabilities Act

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 150,000.00
JURY DEMAND: [X] Yes

DATE: 6-5-2020
SIGNATURE OF ATTORNEY OF RECORD: Arelious Reed

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: _____

