### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

Arelious Reed,

    Plaintiff,

v.

Correct Care Solutions

    Defendant,

Case No.: 2:20-cv-11523
District Judge: Denise Page Hood
Magistrate Judge: Anthony P. Patti

---

| ARELIOUS REED | CHAPMAN LAW GROUP |
|---|---|
| *In Pro Per* | Devlin K. Scarber (P64532) |
| 1515 W. Fort St., Unit 96 | Jeffrey L. Bomber (P85407) |
| Lincoln Park, MI 48146 | *Attorneys for Correct Care Solutions* |
| | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

### APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT CORRECT CARE SOLUTIONS

**TO: CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by JEFFREY L. BOMBER, and hereby gives notice of his appearance on behalf of the Defendant, CORRECT CARE SOLUTIONS

                        Respectfully submitted,
                        CHAPMAN LAW GROUP

Dated:  April 7, 2022            /s/Jeffrey Bomber
                                        Jeffrey L. Bomber (P85407)
                                        Attorney for Correct Care Solutions
                                        1441 West Long Lake Rd., Suite 310
                                        Troy, MI 48098
                                        (248) 644-6326
                                        jbomber@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on April 7, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

                                        /s/Jeffrey Bomber
                                        Jeffrey L. Bomber (P85407)
                                        1441 West Long Lake Rd., Suite 310
                                        Troy, MI 48098
                                        (248) 644-6326
                                        jbomber@chapmanlawgroup.com